THE PEOPLE OF THE STATE OF NEW YORK ex rel. BEACON HOTEL CORPORATION, Respondent, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Appellants.

Argued November 21, 1945; decided December 6, 1945.

*Ignatius M. Wilkinson, Corporation Counsel (Philip A. Paulson, Leo Brown* and *Richard L. Baltimore, Jr.,* of counsel), for appellants.

*Abraham J. Halprin, Sidney Harris* and *Isidore Sohn* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: MEDALIE, J.